DECEMBER 6, 2002

No. 02–7134. HINNANT *v.* JONES ET AL. C. A. D. C. Cir. Certiorari dismissed under this Court's Rule 46.

No. 02–7530 (02A430). BOTTOSON *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. 

DECEMBER 9, 2002

No. 02M13. PIGNATIELLO *v.* UNITED STATES. Renewed motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 02–5795. RASTEN *v.* NORFOLK COUNTY, MASSACHUSETTS. C. A. 1st Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 945] denied.

No. 02–5307. IN RE PATTERSON-BEGGS;
No. 02–6207. IN RE PATTERSON-BEGGS;
No. 02–7342. IN RE BOITNOTT;
No. 02–7391. IN RE MILES;
No. 02–7403. IN RE PERKINS;
No. 02–7420. IN RE MYERS; and
No. 02–7436. IN RE GERMAINE. Petitions for writs of habeas corpus denied.

No. 02–7840 (02A477). IN RE BOTTOSON. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 02–6747. IN RE TOPPS; and
No. 02–6803. IN RE TURNER. Petitions for writs of mandamus denied.